FILED

2022 JUL -5 AM 9:05

US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | MJ 22-02584 |
| v. | |
| FERNANDO CASTRO BAZAN  DEFENDANT(S) | DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: _____
in the **EASTERN** District of **CALIF.** on **6/30/2022**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **6/30/2022**
in violation of Title **18** U.S.C., Section(s) **3148**
to wit: **PRETRIAL VIOLATION**

A warrant for defendant's arrest was issued by: **JUDGE BARNES**

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/05/22**
              Date

_____          M Almensen
Signature of Agent                 Print Name of Agent

USMS                               DUSM
Agency                             Title