FILED
CLERK, U.S. DISTRICT COURT

JUL - 5 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )     22-2584-M
                                         )
                    Plaintiff,           )     ORDER [OF DETENTION] [SETTING
                                         )     CONDITIONS OF RELEASE] AFTER HEARING
          v.                             )        (18 U.S.C. § 3148(b):
                                         )     (Allegations of Violation of
Fernando Castro Baten                    )     Pretrial Conditions of Release)
                                         )
                    Defendant.           )
_____)

                              A.

     On motion of the Government involving an alleged violation of
conditions of pretrial release and warrant for arrest issued by [Judge
Barres, § E.D. CA.

                              B.

     The court finds there is

(1)

     (A)    X   Probable cause to believe that the defendant has
                committed a Federal, State, or local crime while on
                release; or

     (B)    ( ) Clear and convincing evidence that the defendant has
                violated any other condition of release; and

(2)

    (A)  ✗  Based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the person will not flee or pose a danger to the safety or any other person or the community; or

    (B)  ( )  The person is unlikely to abide by any condition or combination of conditions of release.

                  and/or, in the event of (1)(A)

(3)    ( )  There is probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony, and the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community has not been rebutted.

                        or

(4)    ( )  The court finds that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions.  See separate order setting conditions.

        ( )  It is further ordered that this order is stayed for 72 hours in order to allow the Government to seek review from the [assigned district judge] [criminal duty district judge].

                        or

1            C.

2      (☒  IT IS ORDERED defendant be detained prior to trial.

3          DATED: 7/5/2022

4          _____

5          U.S. MAGISTRATE/DISTRICT JUDGE

6              PAUL L. ABRAMS

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [11/04]

28

3